IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bolden, Celia | Case Number: 05 B 33310 |
| | Judge: Hollis, Pamela S |
| Printed: 3/4/08 | Filed: 8/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 10, 2008
Confirmed: November 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 6,924.00 | |
| Secured: | | 4,076.42 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 349.12 |
| Other Funds: | | 298.46 |
| Totals: | 6,924.00 | 6,924.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 2,200.00 | 2,200.00 |
| 2. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 4,076.42 | 4,076.42 |
| 4. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 274.25 | 0.00 |
| 6. | Devon Financial Services Inc | Unsecured | 106.16 | 0.00 |
| 7. | Paragon Way Inc | Unsecured | 108.48 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 400.36 | 0.00 |
| 9. | Freedom Card | Unsecured | 361.15 | 0.00 |
| 10. | Capital One | Unsecured | 313.50 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 42.91 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 584.13 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 294.30 | 0.00 |
| 14. | Emerge Mastercard | Unsecured | 663.77 | 0.00 |
| 15. | Mutual Hospital Services/Alverno | Unsecured | 473.44 | 0.00 |
| 16. | Empress Riverboat Casino | Unsecured | 426.18 | 0.00 |
| 17. | Capital One | Unsecured | 282.47 | 0.00 |
| 18. | CB USA | Unsecured | 20.32 | 0.00 |
| 19. | Collection Company Of America | Unsecured | | No Claim Filed |
| 20. | Consultants In Pathology | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 23. | Check N Go | Unsecured | | No Claim Filed |
| 24. | Footsteps Podiatry | Unsecured | | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bolden, Celia | | Case Number: 05 B 33310 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 3/4/08 | | Filed: 8/23/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Gastro Association Of Olympia Fields | Unsecured | | No Claim Filed |
| 27. | Horizon Health Care Associates | Unsecured | | No Claim Filed |
| 28. | National Quick Cash | Unsecured | | No Claim Filed |
| 29. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 30. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 31. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | RMI/MCSI | Unsecured | | No Claim Filed |
| 34. | Money Market | Unsecured | | No Claim Filed |
| 35. | RMI/MCSI | Unsecured | | No Claim Filed |
| 36. | Southwest Eye Center | Unsecured | | No Claim Filed |
| 37. | TalkAmerica | Unsecured | | No Claim Filed |
| 38. | RMI/MCSI | Unsecured | | No Claim Filed |
| 39. | U S Cellular | Unsecured | | No Claim Filed |
| 40. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 41. | Triad Financial Services | Unsecured | | No Claim Filed |
| 42. | South Suburban Cardiology | Unsecured | | No Claim Filed |
| 43. | Healthcare Collection Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,627.84 | $ 6,276.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 121.22 |
| 5% | 15.00 |
| 4.8% | 77.27 |
| 5.4% | 135.63 |
| | _____ |
| | $ 349.12 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*